UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REUBEN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN DENTAL ASSOCIATION,<br><br>        Defendant. | NO. CV-08-3070-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

In a May 22, 2009 Order, the Court directed Plaintiff Reuben Johnson to file an amended complaint within three (3) weeks if he wished to proceed with this matter. (Ct. Rec. 67.)[1] Because the filing deadline came and passed without an amended complaint being filed, dismissal is appropriate for failure to prosecute. *See* FED. R. CIV. P. 41(b).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice**;

2. Judgment shall be entered in Defendant American Dental Association's favor;

3. All pending motions are denied as moot;

---

[1]The Court required an amended complaint based on its concern that Plaintiff was an unknowing participant in this litigation.

ORDER ~ 1

1   4. All pending hearing and trial dates are stricken; and

2   5. This file shall be closed.

3   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel and Plaintiff.

**DATED** this ___16th___ day of June 2009.

                        s/ Edward F. Shea
                        EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2008\3070.Dismiss.wpd

ORDER ~ 2