# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

KEITH ALLISON, et. al.,
        Plaintiffs,

v.

AMERICAN DENTAL ASSOCIATION
        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-3070-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.

June 16, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas